# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAX REED, | Case No.: 2:24-cv-01186-APG-MDC |
| Plaintiff | **Order Granting Motion to Extend Time** |
| v. | [ECF No. 4] |
| AMELIA L. BIZZARO and RENEE L. VALLADARES, | |
| Defendants | |

I ORDER that plaintiff Max Reed's motion to extend time **(ECF No. 4) is GRANTED**. Plaintiff Max Reed's deadline to file an objection to Magistrate Judge Couvillier's report and recommendation (ECF No. 3) is extended to August 23, 2024.

DATED this 23rd day of July, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE