**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Max Reed,<br><br>                Plaintiff,<br><br>vs.<br><br>Amelia L. Bizzaro,<br><br>                Defendants. | **2:24-cv-01186-APG-MDC**<br><br>**ORDER GRANTING MOTION** |

      For good cause shown and because it is unopposed, the *Motion for Enlargement of Time* (ECF No. 8) is **GRANTED**. Plaintiff must submit his Amended Complaint on or before **November 27, 2024**.

      DATED this 28th day of October 2024.

      IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**<u>NOTICE</u>**

      Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

      This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

1 | Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any
2 | change of address. The notification must include proof of service upon each opposing party's attorney,
3 | or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may
4 | result in dismissal of the action.