**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAX REED, | Case No.: 2:24-cv-01186-APG-MDC |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| AMELIA L. BIZZARO, et al., | [ECF No. 12] |
| Defendants | |

On December 16, 2024, Magistrate Judge Couvillier recommended that I dismiss plaintiff Max Reed's amended complaint without leave to amend and deny his applications to proceed in forma pauperis as moot. ECF No. 12. Reed did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Couvillier's report and recommendation **(ECF No. 12) is accepted**, and plaintiff Max Reed's amended complaint **(ECF No. 10) is dismissed** without leave to amend in this court, but with leave to pursue any state law claims in state court. The motions for leave to proceed in forma pauperis **(ECF Nos. 1, 11) are DENIED as moot**. The clerk of court is instructed to close this case.

DATED this 7th day of January, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE